UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JONATHAN SCHNEIDER,

               Plaintiff,

-against-

MAHOPAC CENTRAL SCHOOL DISTRICT;
ANTHONY DiCARLO, SUPERINTENDENT;
DR. GREG STOWELL, ASSISTANT
SUPERINTENDENT; BEN PALLANT,
SCHOOL PHYSICIAN; LESLIE MANCUSO,
SCHOOL BOARD PRESIDENT; MICHAEL
MONGON, SCHOOL BOARD VICE
PRESIDENT' DAVID FURFARO, SCHOOL
BOARD; LAWRENCE KEENE, SCHOOL
BOARD; RAY McDONOUGH, SCHOOL
BOARD; LUCY MASSAFRA, SCHOOL
BOARD; MARC O'CONNOR, SCHOOL
BOARD; ADAM SAVINO, SCHOOL BOARD;
MICHAEL SIMONE, SCHOOL BOARD,

               Defendants.

20-CV-0709 (CS)

ORDER DIRECTING ORIGINAL
SIGNATURE

---

CATHY SEIBEL, United States District Judge:

    Plaintiff brings this action *pro se*. Plaintiff submitted the complaint without a signature. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." *See also* Local Civil Rule 11.1(a). The Supreme Court has interpreted Rule 11(a) to require "as it did in John Hancock's day, a name handwritten (or a mark handplaced)." *Becker v. Montgomery*, 532 U.S. 757, 764 (2001).

    Plaintiff is directed to resubmit the signature page of the complaint with an original signature to the Court within thirty days of the date of this order. A copy of the signature page is attached to this order.

The Clerk of Court is directed to transmit a copy of this order to Plaintiff and note service on the docket.[1] If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: 1/30/20
White Plains, New York

_____
CATHY SEIBEL
United States District Judge

---

[1] Plaintiff has consented to receive electronic service of notices and documents in this case. (ECF No. 3.)

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| JANUARY 26, 2020 | | |
|---|---|---|
| Dated | | Plaintiff's Signature |
| JONATHAN | M | SCHNEIDER |
| First Name | Middle Initial | Last Name |
| 24 JACKSON ROAD | | |
| Street Address | | |
| MAHOPAC | NY | 10541 |
| County, City | State | Zip Code |
| 845-519-5299 | | JONSCHNEIDER78@VERIZON.NET |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.