UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JONATHAN M. SCHNEIDER,

                       Plaintiff,

-against-                                 20 **CIVIL** 709 (CS)

## JUDGMENT

MAHOPAC CENTRAL SCHOOL DISTRICT,
ANTHONY DICARLO, DR. GREGORY STOWELL,
DR. BENNETT PALLANT, LESLIE MANCUSO,
MICHAEL MONGON, DAVID FURFARO,
LAWRENCE KEENE, RAY McDONOUGH, LUCY
MASSAFRA, MARC O'CONNOR, ADAM SAVINO,
MICHAEL SIMONE and JEFFREY FINTON,

                       Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 31, 2021, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       August 31, 2021

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                               **BY:**     K. Mango

                                                         **Deputy Clerk**